_AO91 (Rev. 8/01)  Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

UNITED STATES OF AMERICA
V.

**Sergio Rodriguez Gamboa
Hidalgo, Veracruz
Mexico**

**CRIMINAL COMPLAINT**

Case Number:     **L-08-PO5289**

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about  **April 17, 2008**  in  **Laredo, Texas**  **Webb**  County, in
(Date)

the  **Southern**  District  of  **Texas,**  **Sergio Rodriguez Gamboa**  defendant(s) ,

a  **Mexican**  alien, did unlawfully enter and attempt to enter the United States at a place other than
as designated by immigration officers

in violation of Title  **8**  United States Code, Section(s)  **1325 (a) (1)**

I further state that I am a(n)  **Senior Border Patrol Agent**  and that this complaint is based on the
Official Title

following facts:  based on statements of the accused and records of the Immigration & Naturalization Service.

Furthermore, it is based on verbal statements by,  **Sergio Rodriguez Gamboa**  , who admitted to
being a citizen of  **Mexico** , who entered and attempted to enter illegally into the United States by
wading the Rio Grande River near,  **Laredo, Texas** , thus avoiding immigration inspection, nor
having proper documents to enter, travel through, or remain in the United States.  This illegal entry and
attempted entry took place on  **April 17, 2008**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  **X** No

/S/
Signature of Complainant

**Juan J. Villarreal**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**April 29, 2008**  at  Laredo, Texas
Date                                     City and State

**Adriana Arce Flores**
U.S. Magistrate Judge
Name and Title of Judicial Officer                          Signature of Judicial Officer