# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

        Plaintiff

v.

Sergio Rodriguez Gamboa

        Defendant

Case No.: 5:08−po−05289
Magistrate Judge Adriana Arce−Flores

---

## JUDGMENT

On **April 29, 2008**, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally, in violation of 8 USC § 1325(a)(1), as charged in the Criminal Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 45 days confinement, with a special condition not to return to the U.S. illegally or commit any other violation of federal and/or state laws.

A $10.00 special assessment is imposed.

DONE at Laredo, Texas, on **April 29, 2008**.

Adriana Arce-Flores
United States Magistrate Judge