United States District Court
Southern District of Texas
FILED

# Confirmation of Probable Cause Determination Within 48 Hours

APR 2 8 2008

Michael N. Milby, Clerk
Laredo Division

L-08-PO-5289

On **April 26, 2008** (date), the Defendant **Sergio Rodriguez Gamboa** (name)

was arrested without warrant by **Paul Zelnick** (Agent's name) of the

**United States Border Patrol** (government Agency). Senior Patrol Agent

**Mailicelyn Morales** (Complainant Agent) appeared before the undersigned on

**April 28, 2008** (date), within 48 hours of defendants' arrest. At that

time, based on the information contained in the criminal complaint, as well

as testimony of the Agent(s) who appeared before the Court, the undersigned

found there to be probable cause to support the arrest of the Defendant

**Sergio Rodriguez Gamboa** (name).

DONE at Laredo, Texas, this day **April 28, 2008**

PROBABLE CAUSE
DETERMINATION

_____
MAGISTRATE PRESIDING

United States District Court
Southern District of Texas
RECEIVED

MAY  1 2008

Michael N. Milby, Clerk
Laredo Division